IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| DAVID SIMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-000096-CV-W-HFS |
| CITY OF KANSAS CITY, MISSOURI ) | |
| ) | |
| ) | |
| Defendant. ) | |

# JUDGMENT IN A CIVIL CASE

___**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___**Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**_X_ Decision by Court.** This action came before the Court. The issues have been determined and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

defendant's motion to dismiss and second motion to quash service (Doc. 13) is GRANTED.


September 29, 2022                               Paige Wymore-Wynn
Date                                             Clerk of Court

                                                 /s/ Melissa Nolte
                                                  (by) Deputy Clerk